In the Matter of the Claim of NORMAN R. WESTFELT, Respondent, against ATLAS FURNITURE COMPANY et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued March 26, 1931; decided April 14, 1931.)

*Robert H. Jackson* for appellants.

*John J. Bennett, Jr., Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Dissenting: KELLOGG, J.